

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Victor Hugo Torres, Appellant

No. 06-22-00135-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2229242).  Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the entry of $180.00 as restitution to the Texas Department of Public Safety Crime Laboratory.  As modified, we affirm the judgment of the trial court.

We note that the appellant, Victor Hugo Torres, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 7, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk